UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE FLAKES, JR.,

       Plaintiff,

v.

KENTWOOD, CITY OF, et al.,

       Defendants.
_____/

Case No. 1:13-CV-322

Hon. Gordon J. Quist

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Carmody's Report and Recommendation issued on March 29, 2013. The Report and Recommendation was duly served on Plaintiff by mail on April 1, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 29, 2013 (docket no. 4), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6).

This case is **concluded**.

Dated: May 6, 2013                                         /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE